IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| APPLE INC., | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | |
| NOKIA SOULUTIONS AND NETWORKS OY AND NOKIA SOULATIONS AND NETWORKS US LLC, | § § § § | CAUSE NO. 1:18-MC-302-LY |
|     DEFENDANTS. | § | |

## ORDER

**IT IS HEREBY ORDERED** that Motion to Compel Nokia's Compliance with Subpoenas Duces Tecum and Ad Testifandum filed April 10, 2018 (Dkt. No. 1) and all filings related thereto are **REFERRED** to United States Magistrate Judge Andrew Austin for resolution. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72; W.D. Tex. App'x C, R. 1(c).

SIGNED this 12th day of April, 2018

LEE YEAKEL
UNITED STATES DISTRICT JUDGE